IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY J. WHITAKER,

Defendant.

4:18-CR-3010

ORDER

IT IS ORDERED that:

1.    The defendant's unopposed Motion to Continue Sentencing (filing 33) is granted.

2.    Defendant Gregory J. Whitaker's sentencing is continued to November 1, 2018, at 1:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 26th day of September, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge