IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3010 |
| vs. | |
| GREGORY J. WHITAKER, | ORDER |
| Defendant. | |

For the reasons stated in the Court's previous order (filing 58) denying the defendant's first motion for compassionate release (filing 48)

IT IS ORDERED that the defendant's second motion for compassionate release (filing 65) is denied.

Dated this 25th day of September, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge