IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY J. WHITAKER,<br><br>Defendant. | 4:18-CR-3010<br><br>ORDER |

IT IS ORDERED:

1. The arrest warrant (filing 70) issued on November 5, 2025 is recalled.

2. The Clerk of the Court shall immediately provide a copy of this order to the United States Marshal.

Dated this 1st day of October, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge